**LuAnn MARTIN, Respondent,**

v.

**XEROX CORPORATION and CNA Insurance Company, Relators.**

**No. C4–99–1407.**

Supreme Court of Minnesota.

Oct. 26, 1999.

Peter M. Banovetz, Anne F. Knipe, Aafedt, Forde, Gray & Monson, P.A., Minneapolis, for appellants.

Norbert Cueller, Cuellar Law Office, Minneapolis, for respondent.

**ORDER**

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 15, 1999, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

Paul H. Anderson

Paul H. Anderson
Associate Justice